**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Catherine Gannon
_____
             Plaintiff(s)

V.

United States of America
_____
             Defendant(s)

CIVIL ACTION

NO. 16-cv-10356-MPK

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE  M. Page Kelley

☐ The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☑ On July 18, 2017  I held the following ADR proceeding:

☐ SCREENING CONFERENCE        ☐ EARLY NEUTRAL EVALUATION
☑ MEDIATION                              ☐ SUMMARY BENCH / JURY TRIAL
☐ MINI-TRIAL                             ☐ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties ☑ were / ☐ were not  present in person or by authorized corporate officer [except _____].

The case was:

☐ Settled. Your clerk should enter a _____ day order of dismissal.

☐ There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

☑ Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

☐ Suggested strategy to facilitate settlement:

7/18/17
DATE

/s/ Thomas F. Quinn
Deputy Clerk